UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WANDA CASSELBERRY and ROBERT GOUCHER, individually and on behalf of a class of similarly-situated Washington residents,<br><br>Plaintiffs,<br><br>v.<br><br>BAY VIEW LAW GROUP, et al.,<br><br>Defendants. | NO: 11-CV-0395-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiffs' Motion for Dismissal with Prejudice (ECF No. 175). This matter was submitted for consideration without oral argument. Based upon Plaintiffs' representation that Defendants have complied with their financial obligations under the Class Action Settlement Agreements, the Court will dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

//

ORDER OF DISMISSAL ~ 1

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Dismissal with Prejudice (ECF No. 175) is **GRANTED**.  All claims and causes of action in this matter are hereby **DISMISSED** with prejudice.

2. The Court will retain jurisdiction over the case for the limited purpose of resolving any disputes that may arise in connection with the parties' Settlement Agreement or actions taken pursuant to the Settlement Agreement.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** November 14, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2